UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-22883-CIV-SEITZ/WHITE

JEAN ANTHONY PIERRE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER DENYING MOTION TO OBTAIN COPY OF REDACTED INDICTMENT

THIS MATTER is before the Court on Petitioner, Jean A. Pierre's Motion to Obtain Copy of Redacted Indictment [DE 20]. A prisoner is entitled to access to the court files only after he has made a showing that such files are necessary to the resolution of an issue or issues he has presented in a non-frivolous pending collateral proceeding. *Hansen v. United States*, 956 F.2d 245, 248 (11th Cir. 1992). Here, because this Court denied Petitioner's motion to vacate under 28 U.S.C. § 2255 on October 15, 2004 and closed this action, Petitioner no longer has a pending collateral proceeding before this Court. Accordingly, it is hereby

ORDERED that:

(1) Petitioner, Jean A. Pierre's Motion to Obtain Copy of Redacted Indictment [DE 20] is DENIED;

(2) This case remains CLOSED.

DONE and ORDERED in Miami, Florida, this <u>6th</u> day of March, 2007.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:

Jean Anthony Pierre, *Pro Se*
Counsel of Record
Magistrate Judge Patrick A. White